IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DAREJAN MENTESHASHVILLI, | * |
| Petitioner, | * |
| v. | Case No. 4:25-cv-105 (CDL) |
| | * |
| Secretary KRISTI NOEM, *et al.*, | |
| | * |
| Respondents. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 7, 2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 7th day of October 2025.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk